**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01308-LTB-CBS

MATTHEW DONNELLY,

      Plaintiff,

v.

FR DEVELOPMENT, LTD,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 13 - filed January 6, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that the first and second claims for relief are **DISMISSED WITH PREJUDICE** and the third claim for relief is **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   January 7, 2015